# In the United States Court of Federal Claims

No. 20-606C
(Filed January 3, 2022)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
BLUE CROSS OF                    *
CALIFORNIA, et al.,              *
                                 *
                                 *
           Plaintiffs,           *
                                 *
      v.                         *
                                 *
THE UNITED STATES,               *
                                 *
           Defendant.            *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

The Court has reviewed the status report filed today and agrees with the parties that this matter should remain **STAYED**. The parties shall file another joint status report on or by **Friday, March 4, 2022**, informing the court of their progress towards settlement or proposing a schedule for further proceedings.

**IT IS SO ORDERED.**

                                                    s/ Victor J. Wolski
                                                  **VICTOR J. WOLSKI**
                                                  Senior Judge