# In the United States Court of Federal Claims
No. 20-606 C
Filed: March 10, 2022

**BLUE CROSS OF CALIFORNIA,**
et al.

                                                                **RULE 54(b)**
                                                                **JUDGMENT**

    v.

**THE UNITED STATES**

      Pursuant to the court's Order, filed March 10, 2022, directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay, and the parties' stipulation for entry of partial final judgment, filed March 3, 2022,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs recover of and from the United States the amount of $31,997,702.12, on Count I of plaintiffs' complaint as it relates to cost-sharing reduction (CSR) payments through December 31, 2017. Counts I and II of the complaint are partially dismissed, with prejudice, as they relate to plaintiffs' claim for CSR payments through December 31, 2017. Each party shall bear its own costs, attorney fees, and expenses.

                                                                 Lisa L. Reyes
                                                                 Clerk of Court

                              By:    s/ Debra L. Samler

                                                                 Deputy Clerk