IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | |
|---|---|
| BLUE CROSS OF CALIFORNIA, *et al.*, <br><br>                              Plaintiffs, <br><br>          v. <br><br> THE UNITED STATES, <br><br>                              Defendant. | No. 20-606 C <br> Judge Bonilla |

**JOINT STATUS REPORT**

Pursuant to the Court's March 10, 2022 order (ECF No. 27) the parties respectfully submit this joint status report to request that the Court continue the stay in these proceedings. This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases. The parties to a number of these CSR cases, including this one, have also presented joint stipulations for entry of partial final judgment as to the CSR amounts owed by the Government for 2017. On March 10, 2022, the Court ordered the parties to file a joint status report on or before April 11, 2022, "advising the Court on the status of their negotiations." *Id*.

The parties believe that the current continued stay in this case will provide more time for the broader discussions about possible approaches to resolving this and other CSR cases. Counsel for the Government has advised that it met with CMS representatives on Monday, April 4, 2022 to discuss the Government's substantive response to the CSR Plaintiffs' proposed settlement methodology for CSR damages owed for benefit years 2018 and beyond. The Government hopes to provide the CSR Plaintiffs with a substantive

response soon.  The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time to pursue this mutual attempt to resolve the damages issues in this case without further litigation.  Good cause therefore exists to continue the stay.

Accordingly, the parties jointly request that the Court continue the stay in this case and the parties will file a JSR within 30 days to update the Court on the status of their efforts to fully resolve this matter.

April 11, 2022                                                      Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

PATRICIA M. McCARTHY.
Director

s/ Lawrence S. Sher                                    s/ Claudia Burke
Lawrence S. Sher (D.C. Bar No. 430469)    CLAUDIA BURKE
REED SMITH LLP                                         Assistant Director
1301 K Street NW
Suite 1000-East Tower                                s/ David M. Kerr
Washington, DC 20005                              DAVID M. KERR
Telephone: 202.414.9200                          Trial Attorney
Facsimile: 202.414.9299                            Commercial Litigation Branch
Email: lsher@reedsmith.com                     Civil Division
                                                                     U.S. Department of Justice
*Of Counsel:*                                                P.O. Box 480
Gregory Vose (PA Bar No. 324912)           Ben Franklin Station
REED SMITH LLP                                         Washington, DC 20044
Reed Smith Centre                                      Telephone:   (202) 307-3390
225 Fifth Avenue, Suite 1200                     Email:  David.M.Kerr@usdoj.gov
Pittsburgh, PA 15222
Telephone: 412.288.3131
Facsimile: 412.288.3063                            OF  COUNSEL:
Email: gvose@reedsmith.com
                                                                     ALBERT S. IAROSSI
*Attorneys for Plaintiffs*                           Trial Attorney
                                                                     Civil Division
                                                                     U.S. Department of Justice

                                                                     *Attorneys for Defendant*