# In the United States Court of Federal Claims

No. 20-606C
(Filed: June 13, 2022)

| | |
|---|---|
| **BLUE CROSS OF CALIFORNIA, _et al._,** | ) |
| | ) |
| _Plaintiffs,_ | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| _Defendant._ | ) |
| | ) |

## ORDER

On June 10, 2022, in accordance with the Court's March 10, 2022 Order (ECF No. 27) the parties filed a Joint Status Report.  _See_ ECF No. 32.  In their joint filing, counsel represent to the Court that both parties in this matter (and related cases) are actively engaged in discussions to resolve some, if not all, remaining issues presented without further litigation or, at a minimum, streamline the continued litigation of these cases.  The parties proposed filing a Joint Status Report within 45 days to update the Court on the status of their efforts to resolve this matter.

For good cause shown:

(1) The parties' joint Motion for a continued Stay of Proceedings is **GRANTED**;

(2) The Clerk's Office is directed to continue the **STAY** in this case until further order of the Court; and

(3) On or before **July 25, 2022**, and every 45 days thereafter until the stay is lifted or otherwise ordered by the Court, the parties shall **FILE** a **Joint Status Report** advising the Court of the status of their efforts to amicable resolve this matter without the need for continued litigation.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge