# IN THE UNITED STATES COURT
# OF FEDERAL CLAIMS

| | |
|---|---|
| BLUE CROSS OF CALIFORNIA, *et al.*,<br><br>         Plaintiffs,<br><br>   v.<br><br>THE UNITED STATES,<br><br>         Defendant. | No. 20-606 C<br>Judge Bonilla |

## JOINT STATUS REPORT

Pursuant to the Court's June 13, 2022 order (ECF No. 33), the parties respectfully submit this joint status report to request that the Court continue the stay in these proceedings.

This case is currently stayed because the Government is working with a number of CSR Plaintiffs to determine whether they may efficiently resolve this and other pending CSR matters without further litigation or at least streamline these cases. The parties to a number of these CSR cases, including this one, have stipulated to entry of partial final judgment as to the CSR amounts owed by the Government for 2017. On June 13, 2022, the Court ordered the parties to file a joint status report on or before July 25, 2022

The parties believe that the current continued stay in this case will provide more time for the parties to continue their discussions about resolving the damages amounts owed by the Government in the pending CSR cases, including this one, for benefit years 2018 and beyond without further litigation. On April 28, 2022, the Government provided its substantive response to the CSR Plaintiffs' proposed settlement methodology for CSR

damages owed for benefit years 2018 and beyond.  On May 20, 2022, counsel for the Government and for a number of CSR Plaintiffs, including this case, participated in a teleconference with actuaries to discuss the proposed settlement methodology and to share relevant data.  On May 23, 2022, CSR Plaintiffs responded to the Government's April 28, 2022 letter.  The Government is reviewing the CSR Plaintiffs' letter and preparing additional information relevant to the parties' discussion, after which the parties plan to meet to continue to discuss and refine the potential mutual resolution of pending CSR claims for benefit years 2018 and beyond.  The complexity of the CSR cases and the number of interested stakeholders necessitate that the parties be afforded additional time to pursue this mutual attempt to resolve the damages issues in this case without further litigation.  Good cause therefore exists to continue the stay in this case for CSRs due to Plaintiffs for benefit years 2018 and beyond.

      Accordingly, the parties jointly request that the Court continue the stay in this case and the parties will file a Joint Status Report within 45 days to update the Court on the status of their efforts to fully resolve this matter.

July 25, 2022                                                    Respectfully submitted,

                                                           BRIAN M. BOYNTON
                                                         Principal Deputy Assistant Attorney General

                                                         PATRICIA M. McCARTHY.
                                                         Director

s/ Lawrence S. Sher                                              s/ Claudia Burke
Lawrence S. Sher (D.C. Bar No. 430469)           CLAUDIA BURKE
REED SMITH LLP                                               Assistant Director
1301 K Street NW
Suite 1000-East Tower                                      s/ David M. Kerr
Washington, DC 20005                                     DAVID M. KERR
Telephone: 202.414.9200                                  Trial Attorney
Facsimile: 202.414.9299                                   Commercial Litigation Branch
Email: lsher@reedsmith.com                           Civil Division
                                                                             U.S. Department of Justice
*Of Counsel:*                                                      P.O. Box 480
                                                                             Ben Franklin Station
Gregory Vose (PA Bar No. 324912)                Washington, DC 20044
REED SMITH LLP                                              Telephone:   (202) 307-3390
Reed Smith Centre                                             Email:  David.M.Kerr@usdoj.gov
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: 412.288.3131                                 OF  COUNSEL:
Facsimile: 412.288.3063
Email: gvose@reedsmith.com                       ALBERT S. IAROSSI
                                                                            Trial Attorney
*Attorneys for Plaintiffs*                                    Civil Division
                                                                            U.S. Department of Justice

                                                         *Attorneys for Defendant*